IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JOSHUA SIMPSON BANKS, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 7:07-CV-21-HL |
| LT. MAINE and SGT. HOLLIS, | : | |
| Defendants. | : | |

# **ORDER**

Before the Court is a Report and Recommendation (Doc. 22) from United States Magistrate Judge Richard L. Hodge that recommends granting Defendants' Motion for Summary Judgment. Plaintiff did not file a response to Defendant's Motion, nor did Plaintiff file an objection to the Magistrate Judge's Recommendation. Having read and thoroughly considered Judge Hodge's Report and Recommendation, this Court accepts it, and therefore, Defendants' Motion for Summary Judgment is granted.

**SO ORDERED**, this the _21___ day of February, 2008.


\_\_s/Hugh Lawson_____
**HUGH LAWSON, JUDGE**

dhc